

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2013

No. 04-13-00240-CV

**IN THE INTEREST OF B.A.M.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 1995-CI-13100
Honorable Jim Rausch, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER costs of the appeal taxed against appellant Linda E. Moreno.

It is so **ORDERED** on May 22, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2013.

_____
Keith E. Hottle, Clerk